UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SHIRIN MOVAHED RAKOCEVIC,

                   Plaintiff,

-against-

KOUTSOUDAKIS & IAKOVOU LAW GROUP, PLLC, et al.,

                   Defendants.
------------------------------------------------------------X

24 Civ. 2567 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the order dated April 8, 2024, required the parties to file a proposed case management plan and joint letter by May 15, 2024;

WHEREAS, the initial pretrial conference is currently scheduled for May 22, 2024, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **May 22, 2024**. The initial pretrial conference scheduled for May 22, 2024, is adjourned to **May 29, 2024, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.

Dated: May 20, 2024
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE