UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    SHIRIN MOVAHED RAKOCEVIC,
                                Plaintiff,

                -against-                        24 Civ. 2567 (LGS)

    KOUTSOUDAKIS & IAKOVOU LAW GROUP,        ORDER
    PLLC, et al.,
                                Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a telephonic conference was held on July 10, 2024.  For the reasons discussed at the conference, it is hereby

       **ORDERED** that by **July 15, 2024**, Defendants shall file a letter stating whether they agree to a referral now for a settlement conference with the assigned Magistrate Judge or the S.D.N.Y. Mediation Program.  It is further

       **ORDERED** that by **July 24, 2024**, Plaintiff shall file an Amended Complaint that (1) specifies in further detail the alleged defamatory statements, including the date and recipient of the statements, (2) identifies the third parties relevant to the tortious interference claim and (3) adds allegations that support diversity jurisdiction (i.e., citizenship of the parties).  By **July 24, 2024**, Plaintiff shall also file a letter attaching a redline of the Amended Complaint that shows changes from the Complaint.

Dated: July 12, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE