> Application **GRANTED**. The conference scheduled for January 21, 2025, at 3:00 P.M. is **ADJOURNED** to **January 28, 2025, at 3:00 P.M.** The conference will be held in person at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106 before Judge Lorna G. Schofield.
>
> Dated: January 13, 2025
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ECF**
Hon. Lorna G. Schofield United States District Court Southern District of New York 500 Pearl Street
New York, NY 10007

Re:  *Shirin Movahed Rakocevic v. Koutsoudakis & Iakovou Law Group, PLLC, et al.,* <u>24-cv-02567-LGS</u>

Dear Judge Schofield:

We are attorneys for defendants Koutsoudakis & Iakovou Law Group, PLLC ("KI Legal") and Andreas Koutsoudakis ("Andreas", and together with KI Legal, "Defendants") in the referenced action. We write in response to the Court's January 10, 2025, Order scheduling an in-person conference on January 21, 2025, at 3:00 p.m. (Dkt. 72)

Lead counsel for the Defendants, George Sitaras, Esq., has a prior engagement in the Supreme Court of the State of New York, County of Queens, on January 21, 2025, beginning at 2:45 p.m., which is expected to last for at least one hour.

Accordingly, Defendants respectfully request that the Court adjourn the January 21, 2025, conference to the Court's next available date.

           Respectfully submitted,

           */s/ Richard Diorio*
           Richard Diorio

cc: All Parties (via ECF)