UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SHIRIN MOVAHED RAKOCEVIC,                                     :
                                    Plaintiff,                :
                                                              :   24 Civ. 2567 (LGS)
            -against-                                         :
                                                              :   **ORDER**
KOUTSOUDAKIS & IAKOVOU LAW GROUP,                             :
PLLC, et al.,                                                 :
                                    Defendants.               :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on January 28, 2025. For the reasons discussed at the conference, it is hereby

**ORDERED** that the party depositions shall take place the week of February 3, 2025, as previously scheduled. It is further

**ORDERED** that, by **February 14, 2025**, Defendant Koutsoudakis shall either (1) file a pre-motion letter pursuant to Individual Rule III.A.1. for a limited motion for summary judgment on the timeliness issue of the surviving claim based on Koutsoudakis's alleged statements to Travlos or (2) file a letter stating that Defendant does not intend to file such a motion and identifying any remaining discovery disputes that require the Court's attention. If the former, by **February 21, 2025**, Plaintiff shall file a letter stating whether Plaintiff intends to oppose such motion, and if so, shall include a mutually agreeable and expedited briefing schedule for the motion for summary judgment, with Defendant's and Plaintiff's principal memoranda of law each not to exceed 8,750 words, and Defendants' reply not to exceed 3,500 words. If the latter, by **February 21, 2025**, Plaintiff shall file a letter addressing any remaining discovery disputes.

Dated: January 29, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE